USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __6/22/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HILMA PADILLA SANDOVAL,<br><br>Plaintiff,<br><br>-against-<br><br>YESHIVA TZOIN YOSEF PUPA INC.,<br><br>Defendant. | 1:21-cv-10417-MKV<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

The Post-Discovery Conference Scheduled for July 26, 2022 at 10:30 AM will now be in person. The Parties are directed to appear at Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007 for the conference.

**SO ORDERED.**

**Date: June 22, 2022**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**