## GOLDBERG AND WEINBERGER LLP
**Attorneys at Law**

**630 Third Avenue, 18th Floor**
**New York, New York 10017**

| | | |
|---|---|---|
| **Lewis Goldberg (N.Y., CT. & N.J.)** | _____ | **OTHER OFFICE:** |
| **Stuart Weinberger (N.Y. & N.J.)** | | **REDDING, CT.** |

**TEL: (212) 867-9595**
**FAX: (212) 949-1857**

August 11, 2022

*Via ECF*
Hon. Judge Valerie Figueredo
U.S. Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Padilla Sandoval v. Yeshiva Tzoin Yosef Pupa, Inc.*
               *21-CV-10417 (VF)*

Dear Hon. Judge Figueredo:

      This office represents the Defendant in this action. I am writing to respectfully notify the court that I believe Plaintiff's submission of the settlement agreement and motion for court approval (Dkt 26) was premature. The Defendant is still reviewing the settlement agreement, and has not yet executed it. Accordingly, I felt it was appropriate to notify the court, in the event that Your Honor intended on issuing an Order. We believe, subject to the client's review and approval, that the agreement will be executed within the next few days. If the Defendant raises any issues, we will confer with Plaintiff's counsel to resolve the issues.

      Thank you for your time and consideration regarding this matter.

                          Very truly yours,

                          _____*/S/*_____
                          Stuart Weinberger

*CC:*    *VIA ECF*
          *Counsel for all parties*